Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 759 - 1 | **DATE** | 11/16/2007 |
| **CASE TITLE** | USA vs. Homer Nathaniel Holmes | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Homer Nathaniel Holmes appears in response to arrest on 11/16/07. Defendant informed of his rights. Enter order appointing Sergio F Rodriguez from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Homer Nathaniel Holmes is the person named in the arrest warrant. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Order defendant removed in custody to the Western District of Michigan - Southern Division forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|