MHW



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

COPY - FILED - GR
November 29, 2007 9:56 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

November 26, 2007

Mr. Ronald C. Weston
Clerk
United States District Court
399 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

1:07cr249

RE: U.S.A. vs. Homer Holmes
Case No. 07cr759

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(x) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings      ( ) Final Commitment

( ) Financial Affidavit                   (x) Order of Removal

(x) Order appointing counsel              ( ) Order setting conditions of release

( ) CJA 20 Form                           (x) Detention Order

(x) Appearance form                       ( ) Appearance Bond

( ) Other                                 ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk

FILED
DEC 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT