C#

**FILED**

DEC 0 3 2007 *TH*
Dec 03 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Katie Cabbell_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Katie Cannbell  11/28/07 |
| 1. Article Addressed to:<br>Mr. Ronald C. Weston<br>Clerk<br>United States District Court<br>399 Gerald R. Ford Federal Building<br>110 Michigan Street, N.W.<br>Grand Rapids, MI 49503<br><br>07cr759 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 0710 0003 4410 4244 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540